# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Susan Phillips, et al.

V.

The United States of America

CASE NUMBER: 1:22-cv-01048

ASSIGNED JUDGE: Andrea R. Wood

DESIGNATED MAGISTRATE JUDGE: Maria Valdez

TO: (Name and address of Defendant)

The United States of America
c/o U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nicholas A. DiCello, Jeremy A. Tor & Michael P. Lewis
Spangenberg Shibley & Liber LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114

an answer to the complaint which is herewith served upon you, ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_[signature]_

(By) DEPUTY CLERK

April 21, 2022

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>4/27/2022 |
| NAME OF SERVER *(PRINT)*<br>Jeremy A. Tor | TITLE<br>Attorney for Plaintiffs |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Summons and Complaint served by U.S. Certified Mail (USPS tracking no. 9214 8901 9403 8374 0458 38). Signature confirmation return receipt / proof of delivery attached hereto.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL<br>0.00 | SERVICES<br>0.00 | TOTAL<br>0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/9/2022          /s/ Jeremy A. Tor
               Date              Signature of Server

                                 1001 Lakeside Ave. East, Suite 1700, Cleveland, OH 44114
                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

![USPS Logo] UNITED STATES POSTAL SERVICE

Mailer: Spangenberg Shibley & Liber LLP

Date Produced: 05/02/2022

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8374 0458 38. Our records indicate that this item was delivered on 04/27/2022 at 04:49 a.m. in WASHINGTON, DC 20530. The scanned image of the recipient information is provided below.

Signature of Recipient :

[signature: Ellis /Anderson]
ENDIE L ANDERSM

Address of Recipient :

Justice 20530

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

```
THE UNITED STATES OF AMERICA
C/O: U S DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001
```

Customer Reference Number:    C3379997.19766893

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Susan Phillips, et al.

V.

The United States of America

CASE NUMBER: 1:22-cv-01048

ASSIGNED JUDGE: Andrea R. Wood

DESIGNATED MAGISTRATE JUDGE: Maria Valdez

TO: (Name and address of Defendant)

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nicholas A. DiCello, Jeremy A. Tor & Michael P. Lewis
Spangenberg Shibley & Liber LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114

an answer to the complaint which is herewith served upon you, _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_(signature)_

(By) DEPUTY CLERK

April 21, 2022

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>4/27/2022 |
| NAME OF SERVER *(PRINT)*<br>Jeremy A. Tor | TITLE<br>Attorney for Plaintiffs |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Summons and Complaint served by U.S. Certified Mail (USPS tracking no. 9214 8901 9403 8374 0458 07). Signature confirmation return receipt / proof of delivery attached hereto.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL<br>0.00 | SERVICES<br>0.00 | TOTAL<br>0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/9/2022            /s/ Jeremy A. Tor
              Date                Signature of Server

                                 1001 Lakeside Ave. East, Suite 1700, Cleveland, OH 44114
                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

![USPS United States Postal Service logo]

Mailer: Spangenberg Shibley & Liber LLP

Date Produced: 05/02/2022

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8374 0458 07. Our records indicate that this item was delivered on 04/27/2022 at 04:49 a.m. in WASHINGTON, DC 20530. The scanned image of the recipient information is provided below.

Signature of Recipient: *[signature] EMDIE L ANDERSM*

Address of Recipient: *JUSTICE 20530*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

ATTORNEY GENERAL OF THE UNITED STATES
U S DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001

Customer Reference Number:     C3379997.19766892

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Susan Phillips, et al.

V.

The United States of America

CASE NUMBER: 1:22-cv-01048

ASSIGNED JUDGE: Andrea R. Wood

DESIGNATED MAGISTRATE JUDGE: Maria Valdez

TO: (Name and address of Defendant)

United States Attorney
Northern District of Illinois, Eastern Division
Attn: Civil Process Clerk
219 S. Dearborn St., 5th Floor
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nicholas A. DiCello, Jeremy A. Tor & Michael P. Lewis
Spangenberg Shibley & Liber LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114

an answer to the complaint which is herewith served upon you, _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_[signature]_

(By) DEPUTY CLERK

April 21, 2022

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[(1)]
**DATE:** 4/27/2022

**NAME OF SERVER (PRINT):** Jeremy A. Tor
**TITLE:** Attorney for Plaintiffs

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Summons and Complaint served by U.S. Certified Mail (USPS tracking no. 9214 8901 9403 8374 0459 20). Signature confirmation return receipt / proof of delivery attached hereto.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0.00 | 0.00 | 0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/9/2022
*Date*

/s/ Jeremy A. Tor
*Signature of Server*

1001 Lakeside Ave. East, Suite 1700, Cleveland, OH 44114
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Mailer: Spangenberg Shibley & Liber LLP

Date Produced: 05/02/2022

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8374 0459 20. Our records indicate that this item was delivered on 04/27/2022 at 10:10 a.m. in CHICAGO, IL 60604. The scanned image of the recipient information is provided below.

Signature of Recipient :
(Authorized Agent)

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

UNITED STATES ATTORNEY
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION
ATTN: CIVIL PROCESS CLERK
FL 5
219 S DEARBORN ST
CHICAGO IL 60604-2029

Customer Reference Number:   C3379997.19766894