## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Susan Phillips, et al.

                        Plaintiff,

v.                                                         Case No.: 1:22–cv–01048
                                                                       Honorable Andrea R. Wood

The United States of America

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 25, 2022:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 8/25/2022. As stated on the record, the parties' anticipated agreed motion for protective order shall be filed by 9/30/2022. The Court adopts the parties' proposed case schedule set forth in their report [14]. The parties shall serve Fed. R. Civ. P. 26(a)(1) initial disclosures by 9/19/2022. Defendant's initial disclosures shall include any video footage they are able to obtain relating to the incident or, if footage exists but Defendant is unable to obtain it, confirmation that footage exists and an explanation of when it will be available to Plaintiff's counsel. Fact discovery shall be completed by 6/19/2023. By 10/28/2022, the parties shall file a joint status report setting forth: (1) the current status of discovery, including what progress has been made since the status hearing, whether the parties are aware of any discovery disputes that will require the Court's involvement, and whether the parties are aware of any reason why they will not be able to complete fact discovery by the 6/19/2023 deadline; (2) the parties' views regarding prospects for settlement and whether they request a referral to the magistrate judge for a settlement conference; and (3) whether the parties require a telephonic status hearing and, if so, what matters the parties feel it would be helpful to discuss with the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.