UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN PHILLIPS and JEFFREY PHILLIPS, as Administrators of the Estate of MATTHEW PHILLIPS, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 22 C 1048 |
| v. | ) ) | Judge Wood |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

**JOINT MOTION FOR EXTENSION**
**OF TIME TO FILE A MOTION FOR PROTECTIVE ORDER**

Defendant United States of America, by its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, together with Plaintiffs Susan Phillips and Jeffrey Phillips, as administrators of the estate of Matthew Phillips, deceased, by their undersigned attorneys, move the court for a seven-day extension of time to submit either an agreed motion for entry of protective order, or in the alternative, for the United States to file an opposed motion for entry of a protective order. In support of this motion, the parties state as follows:

1. Plaintiffs filed a Federal Tort Claims Act complaint against the United States alleging wrongful death and negligence in connection with the death of a USP Thomson inmate.

2. The United States answered plaintiffs' complaint on August 11, 2022. Dkt. 13.

3. The parties appeared before the court for their initial status hearing on August 25, 2022. Dkt. 15. At that time, the court ordered the parties to file an "anticipated agreed motion for protective order" by September 30, 2022. *Id*.

4. The parties are still in the process of discussing the terms of a proposed protective order and require additional time to complete these discussions. At present, the only outstanding

issue regards the inclusion of an "Attorneys' Eyes Only" designation in the protective order. All other items have been agreed to.

5. Accordingly, the parties request an additional seven days to continue their discussions over the "Attorneys' Eyes Only" designation to determine whether they can come to an agreement on this issue without court intervention.

WHEREFORE, the United States and Plaintiffs Susan Phillips and Jeffrey Phillips jointly request an extension of time to October 7, 2022, to submit an agreed motion for a protective order to the court, or in the alternative for the United States to file an opposed motion for entry of a protective order.

Respectfully submitted,

| | |
|---|---|
| /s/ Nicholas A. DiCello<br>JEREMY A. TOR (*Admitted Pro Hac Vice*)<br>NICHOLAS A. DICELLO (*Admitted Pro Hac Vice*)<br>MICHAEL P. LEWIS (*Admitted Pro Hac Vice*)<br>**SPANGENBERG SHIBLEY & LIBER LLP**<br>1001 Lakeside Avenue East, Suite 1700<br>Cleveland, OH 44114<br>(216) 696-3232 \| (216) 696-3924 (FAX)<br>*jtor@spanglaw.com*<br>*ndicello@spanglaw.com*<br>*mlewis@spanglaw.com*<br><br>Antonio M. Romanucci<br>David A. Neiman<br>Blake J. Kolesa<br>ROMANUCCI & BLANDIN, LLC<br>321 N. Clark Street, Suite 900<br>Chicago, IL 60654<br>aromanucci@rblaw.net<br>dneiman@rblaw.net<br>bkolesa@rblaw.net<br>**Counsel for Plaintiffs** | JOHN R. LAUSCH, Jr.<br>United States Attorney<br><br>By: /s Kathleen M. Przywara<br>KATHLEEN M. PRZYWARA<br>Assistant United States Attorney<br>219 South Dearborn Street<br>Chicago, Illinois 60604<br>(312) 353-4137<br>kathleen.przywara@usdoj.gov |