**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Susan Phillips, et al.
                             Plaintiff,

v.                                                 Case No.: 1:22–cv–01048
                                                     Honorable Andrea R. Wood

The United States of America
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 6, 2022:

      MINUTE entry before the Honorable Andrea R. Wood: Defendant's joint motion for extension of time to file a motion for protective order [16] is granted. The parties shall file an agreed motion for protective order or in the alternative for the United States to file an opposed motion for entry of a protective order by 10/7/2022. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.