# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Susan Phillips, et al.

                                Plaintiff,

v.                                                                      Case No.: 1:22–cv–01048
                                                                            Honorable Andrea R. Wood

The United States of America

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 20, 2022:

      MINUTE entry before the Honorable Andrea R. Wood: Defendant's agreed motion for entry of protective order [18] is granted. Enter Order. The telephonic motion hearing set for 10/20/2022 is stricken. The parties do not need to appear. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.