UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN PHILLIPS and JEFFREY PHILLIPS, administrators of the estate of MATTHEW PHILLIPS, deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 22 C 1048 |
| v. | ) ) | Judge Wood |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Entry of August 25, 2022 (Dkt. 19), the parties now jointly submit this status report:

**I. Status of Discovery**

Since the telephone status hearing held on August 25, 2022, the parties exchanged Fed. R. Civ. P. 26(a)(1) disclosures, the Court granted the parties' agreed motion for a protective order (Dkt. 20, 21), the United States produced to Plaintiffs video footage of the subject incident, and the parties and their counsel had a meeting to discuss discovery generally. The parties have been working cooperatively and agree the next step in this litigation will be to issue written discovery. There are currently no discovery disputes. Given the parallel criminal case, which is not yet set for trial, it is unclear at the moment whether the parties in this civil case will be able to complete fact discovery by the June 19, 2023 deadline, but the parties will endeavor to complete as much discovery as is practicable by then without interfering with the criminal case.

### II. Settlement

At this time, the parties believe any settlement discussions would be premature and therefore do not presently request a referral to the magistrate judge for a settlement conference.

### III. Status Hearing

Finally, the parties do not require a telephonic status hearing at this time but may request one as discovery progresses and the status of the criminal case, including the trial date, becomes clearer.

Respectfully submitted,

| | |
|---|---|
| */s/ Jeremy A. Tor* | JOHN R. LAUSCH, Jr. |
| JEREMY A. TOR (*Admitted Pro Hac Vice*) | United States Attorney |
| NICHOLAS A. DICELLO (*Admitted Pro Hac Vice*) | |
| MICHAEL P. LEWIS (*Admitted Pro Hac Vice*) | By: /s Kathleen M. Przywara |
| **SPANGENBERG SHIBLEY & LIBER LLP** | KATHLEEN M. PRZYWARA |
| 1001 Lakeside Avenue East, Suite 1700 | Assistant United States Attorney |
| Cleveland, OH 44114 | 219 South Dearborn Street |
| (216) 696-3232 \| (216) 696-3924 (FAX) | Chicago, Illinois 60604 |
| *jtor@spanglaw.com* | (312) 353-4137 |
| *ndicello@spanglaw.com* | kathleen.przywara@usdoj.gov |
| *mlewis@spanglaw.com* | |

Antonio M. Romanucci
David A. Neiman
Blake J. Kolesa
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
aromanucci@rblaw.net
dneiman@rblaw.net
bkolesa@rblaw.net
***Counsel for Plaintiffs***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of October 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record through the Court's CM/ECF Systems.

*/s/ Jeremy A. Tor*
JEREMY A. TOR (*Admitted Pro Hac Vice*)
NICHOLAS A. DICELLO (*Admitted Pro Hac Vice*)
MICHAEL P. LEWIS (*Admitted Pro Hac Vice*)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232 | (216) 696-3924 (FAX)
*jtor@spanglaw.com*
*ndicello@spanglaw.com*
*mlewis@spanglaw.com*

***Counsel for Plaintiffs***