UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN PHILLIPS and JEFFREY PHILLIPS, administrators of the estate of MATTHEW PHILLIPS, deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 22 C 1048 |
| v. | ) ) | Judge Wood |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the court's January 24, 2023 minute entry (Dkt. 25), the parties jointly submit the following status report:

**I. Status of *United States v. Simonson et al.*, 21 CR 50064 (N.D. Ill.)**

Separate status hearings were held on the progress of discovery for defendants Kristopher Martin and Brandon Simonson on April 3, 2023, and April 6, 2023, respectively. Both defendants reported needing additional time to review discovery. The court set a status hearing to discuss Martin's case, his discovery review progress, and any discussions regarding plea negotiations on May 4, 2023. For Simonson, the court ordered the parties to submit a written status report containing an update on his discovery progress by May 4, 2023. A trial date has not been set for either defendant.

**II. Modification or Lift of the Stay**

At this time, neither party desires a modification or lift of the stay imposed by the court on January 24, 2023. Dkt. 25.

**III.     Status Hearing**

Finally, the parties do not require a status hearing at this time.

Respectfully submitted,

| | |
|---|---|
| */s/ Nicholas A. DiCello* <br> JEREMY A. TOR (*Admitted Pro Hac Vice*) <br> NICHOLAS A. DICELLO (*Admitted Pro Hac Vice*) <br> MICHAEL P. LEWIS (*Admitted Pro Hac Vice*) <br> **SPANGENBERG SHIBLEY & LIBER LLP** <br> 1001 Lakeside Avenue East, Suite 1700 <br> Cleveland, OH  44114 <br> (216) 696-3232 | (216) 696-3924 (FAX) <br> *jtor@spanglaw.com* <br> *ndicello@spanglaw.com* <br> *mlewis@spanglaw.com* <br><br> Antonio M. Romanucci <br> David A. Neiman <br> Blake J. Kolesa <br> ROMANUCCI & BLANDIN, LLC <br> 321 N. Clark Street, Suite 900 <br> Chicago, IL 60654 <br> aromanucci@rblaw.net <br> dneiman@rblaw.net <br> bkolesa@rblaw.net <br> **Counsel for Plaintiffs** | MORRIS PASQUAL <br> Acting United States Attorney <br><br> By:  /s Kathleen M. Przywara <br> KATHLEEN M. PRZYWARA <br> Assistant United States Attorney <br> 219 South Dearborn Street <br> Chicago, Illinois 60604 <br> (312) 353-4137 <br> kathleen.przywara@usdoj.gov |