## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Susan Phillips, et al.
                                      Plaintiff,

v.                                                                              Case No.: 1:22–cv–01048
                                                                              Honorable Andrea R. Wood

The United States of America
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 12, 2023:

      MINUTE entry before the Honorable Jeffrey Cummings: The Court has reviewed the parties' settlement letters. This matter is set for an off–the–record telephonic status conference on 5/17/23 at 10:30 a.m. to discuss whether it will be productive to proceed with the scheduled settlement conference on 5/23/23 given the parties' widely divergent views on the settlement value of plaintiff's claims. The parties are further ordered to meet and confer prior to the status conference regarding the realistic prospects of settling this case at the upcoming settlement conference. The Court's staff will provide counsel for the parties with the dial–in information. Mailed notice(cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.