UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN PHILLIPS and JEFFREY PHILLIPS, administrators of the estate of MATTHEW PHILLIPS, deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 22 C 1048 |
| v. | ) ) | Judge Wood |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

### JOINT STATUS REPORT

Pursuant to the court's June 8, 2023 minute entry (Dkt. 28), the parties jointly submit the following status report:

**I. Status of *United States v. Simonson et al.*, 21 CR 50064 (N.D. Ill.)**

Status hearings were held for defendants Kristopher Martin (on May 4, 2023, and July 6, 2023) and Brandon Simonson (on July 6, 2023). At the May 4, 2023 status hearing, Martin reported needing additional time to discuss plea negotiations, and at the July 6, 2023 status hearing, both defendants reported needing additional time to review discovery. The court set a status hearing to discuss the defendants' discovery review progress on August 7, 2023. A trial date has not been set for either defendant.

**II. Modification or Lift of the Stay**

At this time, neither party desires a modification or lift of the stay imposed by the court on January 24, 2023. Dkt. 25.

**III.     Status Hearing**

Finally, the parties do not require a status hearing at this time.

Respectfully submitted,

| | |
|---|---|
| */s/ Nicholas A. DiCello* <br> JEREMY A. TOR (*Admitted Pro Hac Vice*) <br> NICHOLAS A. DICELLO (*Admitted Pro Hac Vice*) <br> MICHAEL P. LEWIS (*Admitted Pro Hac Vice*) <br> **SPANGENBERG SHIBLEY & LIBER LLP** <br> 1001 Lakeside Avenue East, Suite 1700 <br> Cleveland, OH  44114 <br> (216) 696-3232 | (216) 696-3924 (FAX) <br> *jtor@spanglaw.com* <br> *ndicello@spanglaw.com* <br> *mlewis@spanglaw.com* <br><br> Antonio M. Romanucci <br> David A. Neiman <br> Blake J. Kolesa <br> ROMANUCCI & BLANDIN, LLC <br> 321 N. Clark Street, Suite 900 <br> Chicago, IL 60654 <br> aromanucci@rblaw.net <br> dneiman@rblaw.net <br> bkolesa@rblaw.net <br> **Counsel for Plaintiffs** | MORRIS PASQUAL <br> Acting United States Attorney <br><br> By:   /s Kathleen M. Przywara <br>         KATHLEEN M. PRZYWARA <br>         Assistant United States Attorney <br>         219 South Dearborn Street <br>         Chicago, Illinois 60604 <br>         (312) 353-4137 <br>         kathleen.przywara@usdoj.gov |