UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN PHILLIPS and JEFFREY PHILLIPS, administrators of the estate of MATTHEW PHILLIPS, deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 22 C 1048 |
| v. | ) ) | Judge Wood |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the court's July 18, 2023 minute entry (Dkt. 30), the parties jointly submit the following status report:

**I.     Status of *United States v. Simonson, et al.*, 21 CR 50064 (N.D. Ill.)**

In August 2023, defendant Brandon Simonson requested the appointment of a second attorney on the grounds that the case is "particularly complex, and litigation is expected to be unique, protracted, and with difficult issues under 18 U.S.C. [§] 3161(h)(7)(B)(ii)." 21 CR 50064, Dkt. 88. The court agreed and granted the motion. 21 CR 50064, Dkt. 89. Defendant Kristopher Martin thereafter requested a second appointed attorney, and the court similarly granted his request. 21 CR 50064, Dkt. 91, 92. Defendants also requested additional investigatory support from the court. The parties filed joint status reports on September 20, 2023, indicating that the United States had already made several productions of discoverable documents and tangible items to defendants and intended to produce additional materials on September 22, 2023. 21 CR 50064, Dkt. 106, 107. Both defendants requested an additional 30–45 days to review the discovery and investigate the case. Notably, the status reports state that "[t]he government has expressed to defense counsel that the victim's parents are anxious to move this case forward, however, currently

the government does not object to an additional continuance." *Id*. Accordingly, the court has ordered the parties to file joint status reports concerning the status of discovery on November 5, 2023. 21 CR 50064, Dkt. 111, 112. Finally, the United States moved for, and the court granted, an amended protective order governing discovery as to defendant Simonson. 21 CR 50064, Dkt. 114, 116, 117. Because both defendants are still reviewing discovery, no trial date has been set for either defendant.

## II. Modification or Lift of the Stay

At this time, neither party in this civil litigation requests a modification or lift of the stay imposed by the court on January 24, 2023. Dkt. 25.

## III. Status Hearing

Finally, the parties do not require a status hearing at this time.

Respectfully submitted,

| | |
|---|---|
| */s/ Jeremy A. Tor* | MORRIS PASQUAL |
| JEREMY A. TOR (*Admitted Pro Hac Vice*) | Acting United States Attorney |
| NICHOLAS A. DICELLO (*Admitted Pro Hac Vice*) | |
| MICHAEL P. LEWIS (*Admitted Pro Hac Vice*) | By: /s Kathleen M. Przywara |
| **SPANGENBERG SHIBLEY & LIBER LLP** | KATHLEEN M. PRZYWARA |
| 1001 Lakeside Avenue East, Suite 1700 | Assistant United States Attorney |
| Cleveland, OH 44114 | 219 South Dearborn Street |
| (216) 696-3232 \| (216) 696-3924 (FAX) | Chicago, Illinois 60604 |
| jtor@spanglaw.com | (312) 353-4137 |
| ndicello@spanglaw.com | kathleen.przywara@usdoj.gov |
| mlewis@spanglaw.com | |

Antonio M. Romanucci
David A. Neiman
Blake J. Kolesa
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
aromanucci@rblaw.net
dneiman@rblaw.net
bkolesa@rblaw.net
**Counsel for Plaintiffs**