UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN PHILLIPS and JEFFREY PHILLIPS, administrators of the estate of MATTHEW PHILLIPS, deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 22 C 1048 |
| v. | ) ) | Judge Wood |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the court's October 18, 2023 minute entry (Dkt. 32), the parties jointly submit the following status report:

**I.  Status of *United States v. Simonson, et al.*, 21 CR 50064 (N.D. Ill.)**

In November 2023, the parties to the criminal case filed joint status reports, indicating that the United States has made several productions of discoverable documents and tangible items in its possession pursuant to Federal Rule of Criminal Procedure 16, Local Criminal Rule 16.1, and the protective orders entered in the case, and it continues to supplement discovery as required. 21 CR 50064, Dkt. 123, 124. The parties requested additional time to discuss additional materials potentially needed by the defendants. *Id*. The court thereafter ordered that subsequent status reports be submitted in late December 2023. 21 CR 50064, Dkt. 126, 127. Those status reports indicated that defense counsel have additional discovery requests that they will be making to the government and that defense counsel continue to require more time to investigate the case. 21 CR 50064, Dkt. 140, 141. In response, the government requested that the court conduct a status conference, set a future trial date, and provide a deadline for pretrial motions. *Id*. The court set the requested status conference for January 17, 2024, and ordered that defense counsel "come

prepared with a discovery schedule by which to provide the Court with an estimate of the time needed to prepare the case for trial." 21 CR 50064, Dkt. 142, 143.

## II. Modification or Lift of the Stay

At this time, neither party in this civil litigation requests a modification or lift of the stay imposed by the court on January 24, 2023. Dkt. 25.

## III. Status Hearing

Finally, the parties do not require a status hearing at this time.

Respectfully submitted,

| | |
|---|---|
| /s/ Jeremy A. Tor<br>JEREMY A. TOR (*Admitted Pro Hac Vice*)<br>NICHOLAS A. DICELLO (*Admitted Pro Hac Vice*)<br>MICHAEL P. LEWIS (*Admitted Pro Hac Vice*)<br>**SPANGENBERG SHIBLEY & LIBER LLP**<br>1001 Lakeside Avenue East, Suite 1700<br>Cleveland, OH 44114<br>(216) 696-3232 \| (216) 696-3924 (FAX)<br>*jtor@spanglaw.com*<br>*ndicello@spanglaw.com*<br>*mlewis@spanglaw.com* | MORRIS PASQUAL<br>Acting United States Attorney<br><br>By: /s Kathleen M. Przywara<br>KATHLEEN M. PRZYWARA<br>Assistant United States Attorney<br>219 South Dearborn Street<br>Chicago, Illinois 60604<br>(312) 353-4137<br>kathleen.przywara@usdoj.gov |

Antonio M. Romanucci
David A. Neiman
Blake J. Kolesa
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
aromanucci@rblaw.net
dneiman@rblaw.net
bkolesa@rblaw.net
**Counsel for Plaintiffs**