UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUSAN PHILLIPS and JEFFREY PHILLIPS, administrators of the estate of MATTHEW PHILLIPS, deceased, | ) ) ) ) |
| Plaintiffs, | ) ) No. 22 C 1048 |
| v. | ) ) Judge Wood |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) |

**APRIL 2024 JOINT STATUS REPORT**

Pursuant to the court's January 17, 2024 minute entry (Dkt. 35), the parties jointly submit the following status report:

**I.  Status of *United States v. Simonson, et al.*, 21 CR 50064 (N.D. Ill.)**

On April 15, 2024, the parties to the criminal case filed a joint status report.  21 CR 50064, Dkt. 161.  The report explained the history of the criminal defendants' discovery requests.  The report explained that the United States had provided many of the requested materials, some of which were itemized in the status report, and that the United States had objected to the remaining requests as overbroad, vague, and/or not subject to disclosure.  The parties reported that despite conferring further, they were not able to reach an agreement on the remaining discovery requests and that as a result, defense counsel is seeking to collect the additional information by issuing a series of subpoenas duces tecum.  To this end, the Government agreed to a defense request for early return of trial subpoenas pursuant to Rule 17 of the Criminal Rule of Federal Procedure.  Finally, the parties reported that they are now in agreement that the court should set a trial date and a deadline for pretrial motions.  *Id*.

## II.  Modification or Lift of the Stay

Plaintiffs are considering filing within the next two weeks a motion requesting a modification or lifting of the stay that was imposed by the Court on January 24, 2023. Dkt. 25.

## III.  Status Hearing

Finally, the parties do not require a status hearing at this time.

Respectfully submitted,

| | |
|---|---|
| */s/ Jeremy A. Tor* | MORRIS PASQUAL |
| JEREMY A. TOR (*Admitted Pro Hac Vice*) | Acting United States Attorney |
| NICHOLAS A. DICELLO (*Admitted Pro Hac Vice*) | |
| MICHAEL P. LEWIS (*Admitted Pro Hac Vice*) | By:  /s Jonathan C. Haile |
| **SPANGENBERG SHIBLEY & LIBER LLP** | JONATHAN C. HAILE |
| 1001 Lakeside Avenue East, Suite 1700 | Assistant United States Attorney |
| Cleveland, OH  44114 | 219 South Dearborn Street |
| (216) 696-3232 | (216) 696-3924 (FAX) | Chicago, Illinois 60604 |
| *jtor@spanglaw.com* | (312) 886-2055 |
| *ndicello@spanglaw.com* | jonathan.haile@usdoj.gov |
| *mlewis@spanglaw.com* | |

Antonio M. Romanucci
David A. Neiman
Blake J. Kolesa
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
aromanucci@rblaw.net
dneiman@rblaw.net
bkolesa@rblaw.net
**Counsel for Plaintiffs**