UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUSAN PHILLIPS and JEFFREY PHILLIPS, administrators of the estate of MATTHEW PHILLIPS, deceased, | )<br>)<br>) |
| Plaintiffs, | ) No. 22 C 1048 |
| v. | ) Judge Wood |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

### JULY 2024 JOINT STATUS REPORT

Pursuant to the court's May 9, 2024 minute entry (Dkt. 38), the parties jointly submit the following status report:

I. **Status of *United States v. Simonson, et al.*, 21 CR 50064 (N.D. Ill.)**

On June 27, 2024, Judge Iain Johnston entered an order setting the criminal case for trial to commence on May 5, 2025, anticipated to last the entire month of May. No. 21 CR 50064, Dkt. 188.

II. **Modification or Lift of the Stay**

Plaintiffs in this case have now filed a motion requesting a modification or lifting of the stay that was imposed by the Court on January 24, 2023. Dkt. 39. Subject to the court's approval, the parties have agreed on the following briefing schedule on that motion: Defendant's response due on or before August 7, 2024; plaintiff's reply if any due on or before August 14, 2024.

III. **Status Hearing**

Finally, the parties do not request a status hearing at this time.

Respectfully submitted,

| | |
|---|---|
| /s/ Jeremy A. Tor | MORRIS PASQUAL |
| JEREMY A. TOR (*Admitted Pro Hac Vice*) | Acting United States Attorney |
| NICHOLAS A. DICELLO (*Admitted Pro Hac Vice*) | |
| MICHAEL P. LEWIS (*Admitted Pro Hac Vice*) | By: /s Jonathan C. Haile |
| **SPANGENBERG SHIBLEY & LIBER LLP** | JONATHAN C. HAILE |
| 1001 Lakeside Avenue East, Suite 1700 | Assistant United States Attorney |
| Cleveland, OH 44114 | 219 South Dearborn Street |
| (216) 696-3232 | (216) 696-3924 (FAX) | Chicago, Illinois 60604 |
| *jtor@spanglaw.com* | (312) 886-2055 |
| *ndicello@spanglaw.com* | jonathan.haile@usdoj.gov |
| *mlewis@spanglaw.com* | |

Antonio M. Romanucci
David A. Neiman
Blake J. Kolesa
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
aromanucci@rblaw.net
dneiman@rblaw.net
bkolesa@rblaw.net
**Counsel for Plaintiffs**