UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN PHILLIPS and JEFFREY PHILLIPS, administrators of the estate of MATTHEW PHILLIPS, deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 22 C 1048 |
| v. | ) ) | Judge Wood |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' NOTICE OF FILING DISCOVERY REQUESTS**

As directed by the Court during the phone hearing this morning during which Plaintiffs' pending motion (ECF Doc. 39) was discussed, Plaintiffs hereby submit as an attachment to this Notice their first set of discovery requests, which were propounded on Defendant in December 2022.

Respectfully submitted,

*/s/ Jeremy A. Tor*
JEREMY A. TOR (*Admitted Pro Hac Vice*)
NICHOLAS A. DICELLO (*Admitted Pro Hac Vice*)
MICHAEL P. LEWIS (*Admitted Pro Hac Vice*)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232 | (216) 696-3924 (FAX)
*jtor@spanglaw.com*
*ndicello@spanglaw.com*
*mlewis@spanglaw.com*

Antonio M. Romanucci
David A. Neiman
Blake J. Kolesa
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
*aromanucci@rblaw.net*
*dneiman@rblaw.net*
*bkolesa@rblaw.net*

***Counsel for Plaintiffs***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of August 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record and may be obtained through the Court's CM/ECF Systems.

/s/ Jeremy A. Tor
JEREMY A. TOR (*Admitted Pro Hac Vice*)
NICHOLAS A. DICELLO (*Admitted Pro Hac Vice*)
MICHAEL P. LEWIS (*Admitted Pro Hac Vice*)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232 | (216) 696-3924 (FAX)
*jtor@spanglaw.com*
*ndicello@spanglaw.com*
*mlewis@spanglaw.com*

***Counsel for Plaintiffs***