UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN PHILLIPS and JEFFREY PHILLIPS, administrators of the estate of MATTHEW PHILLIPS, deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 22 C 1048 |
| v. | ) ) | Judge Wood |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Entry of September 4, 2024 (Dkt. 46), the parties jointly submit the following status report:

**I. Status of *United States v. Simonson, et al.*, 21 CR 50064 (N.D. Ill.)**

The criminal case is set for trial to commence on May 5, 2025. No. 21 CR 50064, Dkt. 188. In preparation for trial, defendants served extensive subpoenas on the Bureau of Prisons, which the United States moved to quash. *Id*., Dkt. 195. After defendants responded to the motion, the court held a hearing. *Id*., Dkt. 208, 209, 212, 213. At the hearing, the court made various discovery-related rulings. It granted the United States' motion to quash and at the same time ordered the United States to produce certain information to the court for *in camera* review. It also granted defendants leave to serve amended subpoenas that seek relevant, material information falling within the scope of Fed. R. Crim. P. 16 or 17. *Id*., Dkt. 213. The court indicated that it would set another status hearing at a later date. *Id*. Since the hearing, defendants have served amended subpoenas on the Bureau of Prisons, and the United States is in the process of supplementing discovery with respect to some of the subpoena requests.

## II. Modification or Lift of the Stay

The parties do not have any new information that might affect the stay beyond what was previously discussed with the Court.

## III. Status Hearing

At this time, the parties do not request a status hearing.

Respectfully submitted,

| | |
|---|---|
| */s/ Jeremy A. Tor* | MORRIS PASQUAL |
| JEREMY A. TOR (*Admitted Pro Hac Vice*) | Acting United States Attorney |
| NICHOLAS A. DICELLO (*Admitted Pro Hac Vice*) | |
| MICHAEL P. LEWIS (*Admitted Pro Hac Vice*) | By: /s Kathleen M. Przywara |
| **SPANGENBERG SHIBLEY & LIBER LLP** | KATHLEEN M. PRZYWARA |
| 1001 Lakeside Avenue East, Suite 1700 | Assistant United States Attorney |
| Cleveland, OH 44114 | 219 South Dearborn Street |
| (216) 696-3232 \| (216) 696-3924 (FAX) | Chicago, Illinois 60604 |
| *jtor@spanglaw.com* | (312) 353-4137 |
| *ndicello@spanglaw.com* | kathleen.przywara@usdoj.gov |
| *mlewis@spanglaw.com* | |

Antonio M. Romanucci
David A. Neiman
Blake J. Kolesa
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
aromanucci@rblaw.net
dneiman@rblaw.net
bkolesa@rblaw.net
***Counsel for Plaintiffs***