**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Susan Phillips,  Plaintiff,  v.  The United States of America,  Defendant. | Case No.: 1:22-cv-01048  Hon. Judge Andrea R. Wood |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Pursuant to Local Rule 83.17, Plaintiff Susan Phillips hereby moves to withdraw the appearance of David A. Neiman of Wallace Miller. Michael P. Lewis, Jeremy A. Tor, and Nicholas A. DiCello of Spangenberg Shibley & Liber LLP will continue to act as counsel for Susan Phillips.

Dated: February 5, 2025

Respectfully Submitted
/s/ David A. Neiman
David A. Neiman
WALLACE MILLER
150 N. Wacker Drive, Suite 1100
Chicago, IL 60606
T 312.261.6193
F 312.275.8174
E. dan@wallacemiller.com

*Counsel for Plaintiff*

1