## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Susan Phillips, et al.
                                  Plaintiff,

v.                                                              Case No.: 1:22−cv−01048
                                                                   Honorable Andrea R. Wood

The United States of America
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 19, 2025:

        MINUTE entry before the Honorable Andrea R. Wood: The Court acknowledges the parties' joint status report [47]. By 3/4/2025, the parties shall file a joint status report updating the Court on the status of the related criminal matter and whether there is any new information that would warrant a modification or lifting of the stay. The status report shall also state whether any party desires a status hearing and, if so, what matters they would like to discuss with the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.