UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN PHILLIPS and JEFFREY PHILLIPS, administrators of the estate of MATTHEW PHILLIPS, deceased, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 22 C 1048 |
| v. | ) ) | Judge Wood |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the court's February 19, 2025 minute entry (Dkt. 51), the parties jointly submit the following status report:

**I.    Status of *United States v. Simonson, et al.*, 21 CR 50064 (N.D. Ill.)**

The criminal case remains on schedule for trial to commence on May 5, 2025. No. 21 CR 50064, Dkt. 188. In preparation for trial, defendants served extensive subpoenas on the Bureau of Prisons, and the parties have been litigating the scope of those subpoenas. *See id*., Dkt. 195, 208, 209, 212, 213, 218, 221, 223. The parties are also litigating the contours of certain defenses defendants desire to raise at trial, and an evidentiary hearing concerning those anticipated defenses is set for March 31, 2025. *Id*., Dkt. 226, 229, 227, 231. In addition, the following pretrial deadlines have been issued by the court: pretrial motions including motions *in limine* are due on March 21, 2025, and responses are due by April 4, 2025; notice of any government expert witnesses are due on February 28, 2025, any motions in terms of challenging the expert and/or disclosure of any defense or rebuttal expert(s) will be due on March 14, 2025; proposed jury instructions (agreed and disputed), voir dire questions, statement of the case, and list of witnesses are due by April 7, 2025; and the parties shall exchange exhibit lists by April 18, 2025 and submit a joint exhibit list

by April 28, 2025. *Id*., Dkt. 228. The final pretrial conference will take place on April 17, 2025.

*Id*.

## II. Modification or Lift of the Stay

The parties do not have any new information that might affect the stay.

## III. Status Hearing

At this time, the parties do not request a status hearing.

Respectfully submitted,

| | |
|---|---|
| */s/ Jeremy A. Tor* | MORRIS PASQUAL |
| JEREMY A. TOR (*Admitted Pro Hac Vice*) | Acting United States Attorney |
| NICHOLAS A. DICELLO (*Admitted Pro Hac Vice*) | |
| MICHAEL P. LEWIS (*Admitted Pro Hac Vice*) | By: /s Kathleen M. Przywara |
| **SPANGENBERG SHIBLEY & LIBER LLP** | KATHLEEN M. PRZYWARA |
| 1001 Lakeside Avenue East, Suite 1700 | Assistant United States Attorney |
| Cleveland, OH 44114 | 219 South Dearborn Street |
| (216) 696-3232 \| (216) 696-3924 (FAX) | Chicago, Illinois 60604 |
| *jtor@spanglaw.com* | (312) 353-4137 |
| *ndicello@spanglaw.com* | kathleen.przywara@usdoj.gov |
| *mlewis@spanglaw.com* | |

Antonio M. Romanucci
Blake J. Kolesa
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
aromanucci@rblaw.net
bkolesa@rblaw.net
***Counsel for Plaintiffs***