# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Susan Phillips, et al.
                              Plaintiff,

v.                                              Case No.: 1:22−cv−01048
                                                Honorable Andrea R. Wood

The United States of America
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, June 25, 2025:


      MINUTE entry before the Honorable Andrea R. Wood: The Court acknowledges the parties' joint status report [55]. By 9/4/2025, the parties shall file a joint status report updating the Court on the status of the related criminal matter and whether the parties believe the stay of this civil case should be lifted. The report shall specifically state whether the defendants in the related criminal case have been sentenced and, if not, when the sentencings are scheduled to take place. Mailed notice (aw,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.