UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
Eastern Division

Susan Phillips, et al.
                                        Plaintiff,

v.                                      Case No.: 1:22−cv−01048
                                        Honorable Andrea R. Wood

The United States of America
                                        Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, November 3, 2025:

    MINUTE entry before the Honorable Andrea R. Wood: In light of General Order
25−0024 holding in abeyance civil matters involving the United States as a party (with
certain limited exceptions), see Dkt. No. [58], the telephonic status hearing set for
11/5/2025 is stricken and reset for 12/9/2025 at 9:15 AM. The call−in number is (650)
479−3207 and the access code is 1808131170. To ensure public access to court
proceedings, members of the public and media may call in to listen to telephonic hearings.
Persons granted remote access to proceedings are reminded of the general prohibition
against photographing, recording, and rebroadcasting of court proceedings. Violation of
these prohibitions may result in sanctions, including removal of court−issued media
credentials, restricted entry to future hearings, denial of entry to future hearings, or any
other sanctions deemed necessary by the Court. If General Order 25−0024 remains in
effect as the new status date approaches, the Court may again continue the status hearing
to a later date. Any party may seek relief from General Order 25−0024, as it applies to this
case, by filing a motion. Mailed notice (lma, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.